UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND BRANCH

| | |
|---|---|
| WILLIAM PAIGE HUNT<br><br>Plaintiff,<br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No. 4:10-cv-04438 PJH<br><br>[~~PROPOSED~~] ORDER TO CONTINUE HEARING DATE ON MOTION TO STRIKE AND FOR LEAVE TO FILE MOTION TO DISMISS |

After consideration of the Stipulation submitted by plaintiff William Paige Hunt and defendant Wachovia Mortgage, a division of Wells Fargo Bank, N.A., formerly known as Wachovia Mortgage, FSB, and World Savings Bank, FSB ("Wells Fargo")., and good cause appearing therefor, the Court ORDERS as follows:

1. The hearing date on the motion to strike and for leave to file motion to dismiss is continued from December 22, 2010 to March 2, 2011 at 9:00 a.m.

2. Defendant is entitled to file a motion to dismiss that will be heard with the continued motion to strike.

IT IS SO ORDERED.

Dated: 12/3/10

_____
Honorable Phyllis J. Hamilton
United States District Court Northern District of California Oakland Branch

IT IS SO ORDERED
Judge Phyllis J. Hamilton

1

4:10-CV-04438 PJH
ORDER TO CONTINUE HEARING

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the city of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below I served a copy of the foregoing document described as:

**[PROPOSED] ORDER TO CONTINUE HEARING DATE ON MOTION TO STRIKE AND FOR LEAVE TO FILE MOTION TO DISMISS**

on all interested parties in said case as follows:

**Served by Means Other Than Electronically via Court's CM/ECF System:**

*Plaintiff in Pro Per*

William Paige Hunt
2705 Bond Street
Santa Rosa, California  95407

☒ **BY MAIL:**  By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in Pasadena, California, in sealed envelopes with postage fully thereon.

☒ **FEDERAL:**  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in Pasadena, California, on November 29, 2010**.**

| Carol Goodwin | */s/ Carol Goodwin* |
|---|---|
| *(Print Name)* | *(Signature of Declarant)* |