UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM PAIGE HUNT,

    Plaintiff,

    v.

WELLS FARGO BANK, N.A.,

    Defendant.
_____/

No. C 10-4438 PJH

**JUDGMENT**

    This action came on for hearing before the court and the issues having been duly heard and the court having granted defendant's motion to dismiss plaintiff's complaint in its entirety

    it is Ordered and Adjudged

    that the complaint is dismissed with prejudice.

    IT IS SO ORDERED.

Dated: March 21, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge